SO ORDERED.

Dated: August 26, 2019

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 Proceedings |
| ARP FAMILY FARMS, G.P., | Case No: 2:18-bk-14173-DPC |
| ARP CUSTOM FARMING, LLC, | Case No. 2:18-bk-15464-DPC |
| Debtors. | (Jointly Administered) |
| This filing applies to: | **ORDER** |
| All Debtors. | |

At a hearing before this Court on August 26, 2019, Nathan Arp, principal of Chapter 11 Debtors, ARP Family Farms, G.P. and ARP Custom Farming, LLC ("Debtors"), jointly administered under Case no. 2:18-bk-14173-DPC, consented to convert Debtors bankruptcy cases from Chapter 11 to Chapter 7.

**IT IS ORDERED** converting Debtors' Chapter 11 cases to cases under Chapter 7.

**To be Noticed through the BNC to:**
Interested Parties and Creditors